# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01330-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 10) |

　　　　On December 19, 2024, Defendant filed a stipulated motion for a thirty (30) day extension of time, from December 30, 2024 to January 29, 2025, to file a copy of the certified administrative record in this action. (ECF No. 10.)

　　　　Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant's response to Plaintiff's complaint shall be filed on or before January 29, 2025; and;

　　　　2.　　All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:　**December 20, 2024**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1