# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-01330-SAB<br><br>ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 14) |

Plaintiff Beatriz Flores filed this action on October 30, 2024, challenging the Commissioner of Social Security's final decision denying his application for Social Security Benefits. The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes. (ECF Nos. 7, 8, 9.) On March 10, 2025, the parties filed a stipulation for voluntary remand in this action. (ECF No. 14.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 14);

2. All pending dates and matters are VACATED; and

///

///

3. Judgment shall be ENTERED in favor of Plaintiff Beatriz Flores and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:     **March 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2